# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

KALEB KIDD,

        Petitioner,

vs.

JOHN AULT, II
Warden, Iowa State Penitentiary,

        Respondent.

No. 07-CV-2086-LRR

**ORDER**

_____

The matter before the court is Respondent John Ault, II's Motion to Dismiss (docket no. 11), filed on January 18, 2008.

Petitioner Kaleb Kidd has not filed a resistance, and the time for doing so has expired. *See* LR 7.1.e (providing fourteen days to file resistance); LR 6.1 (providing an additional three days for electronic service). Petitioner's resistance was due on February 4, 2008. Furthermore, the court finds Petitioner's application for a writ of habeas corpus is outside the statute of limitations as provided in 28 U.S.C. § 2244(d). Therefore, the court shall grant the unresisted Motion to Dismiss. LR 7.1.f ("If no timely resistance to a motion is filed, the motion may be granted without notice.").

For the foregoing reasons, the court hereby **ORDERS**:

(1)      Respondent's Motion to Dismiss (docket no. 11) is **GRANTED**;

(2)      The Clerk of Court is directed to **ENTER JUDGMENT** in favor of
         Respondent and against Petitioner.

**IT IS SO ORDERED.**

**DATED**  this 25 day of February, 2008.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA